**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO: 8:21-cr-267-CEH-JSS

RICHARD DEAN STEPHENSON, JR.

---

**FINAL REVOCATION HEARING**

Pursuant to the Report On Initial Appearance for Violation of Supervised Release (Doc.19), entered March 11, 2022, a Final Revocation Hearing was previously scheduled for April 8, 2022 at 11:00 AM before the undersigned and will proceed as scheduled.

**DONE and ORDERED** in Tampa, Florida this 30th day of March 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services